IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

**ORDER**
_____

Based on my review of the parties' confidential settlement statements, it is apparent to me that a settlement conference at this time would be a waste of resources.

IT IS ORDERED that the settlement conference set for October 15, 2009, at 9:00 a.m., is VACATED.

Dated October 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge