IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion to Compel Defendant Wal-Mart to Provide Discovery** [Doc. # 110, filed 11/23/2009] (the "Motion to Compel").  I held a hearing on the Motion to Compel this afternoon and made rulings on the record concerning several of the issues raised.  Due to scheduling requirements, however, I was unable to address all of the issues raised in the motion.  With respect to those matters addressed at the hearing and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the Wal-Mart defendants to respond to the discovery requests for the "Relevant Period," which I have determined to be from January 1, 2001, to the present.

GRANTED to require the Wal-Mart defendants to provide discovery concerning Protocols applicable to Colorado, any regional Protocols applicable to Colorado, and any national Protocols applicable to Colorado.

DENIED with respect to Interrogatory No. 3, all responsive Contracts having been identified.

GRANTED with respect to Interrogatory No. 4 to require the Wal-Mart defendants to identify Persons with knowledge of the Contracts, negotiations, drafting, execution, implementation and/or amending of the Contracts.  For example, the Wal-Mart defendants shall serve a supplemental discovery response which conforms to the formalities of the Federal Rules of Civil Procedure identifying the six individuals specified on page 21of Defendant Wal-Mart Stores, Inc.'s Response in Opposition to Plaintiffs' Motion to Compel [Doc. # 135, filed 12/22/2009] (the "Response").

GRANTED with respect to Interrogatory No. 5 to require the Wal-Mart defendants to identify the Corporate Medical Providers and/or Authorized Treating Physicians posted in the Colorado stores during the Relevant Period as approved providers for worker injuries and to identify the Corporate Medical Providers and/or Authorized Treating Physicians in Colorado to whom the Wal-Mart defendants have made payments during the Relevant Period for worker injuries.

The Wal-Mart defendants shall make the supplemental discovery required by this Order on or before **January 22, 2010**.

IT IS FURTHER ORDERED that a hearing on the remaining issues raised in the Motion to Compel is set for **January 27, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A.

Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated January 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge