IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **[Wal-Mart] Defendants' Motion to Enforce Confidentiality Designation for Specific Documents Produced Under the Stipulation and Protective Order** [Doc. # 112, filed 11/25/2009] ("Wal-Mart's Motion"); and

(2)   **Defendant Concentra Health Services, Inc.'s Motion to Enforce Confidentiality Designations for Documents Produced Under the Court's Protective Order** [Doc. # 121, filed 12/7/2009] ("Concentra's Motion").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that Wal-Mart's Motion is GRANTED.

IT IS FURTHER ORDERED that Concentra's Motion is GRANTED.

Dated January 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge