IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Stipulated Motion to Continue Deadlines** [Dco. # 148, filed 1/14/2010] (the "Motion for Extension").  Good cause existing:

IT IS ORDERED that the Motion for Extension is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:                      July 16, 2010

        (All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline:        July 16, 2010

Expert Disclosures:

(a) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 3, 2010

(b) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 17, 2010

(b) The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 30, 2010

Final Pretrial Conference: The final pretrial conference set for April 27, 2010, at 9:00 a.m., is VACATED and RESET to August 4, 2010, at 8:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 28, 2010. The parties shall comply with the requirements of REB Civ. Practice Standards in connection with the preparation of the proposed Final Pretrial Order, and in particular with Parts III.D and IV.A.2 of those Practice Standards.

Dated January 15, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge