**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

---

## MINUTE ORDER[1]

---

    The court has reviewed the **Plaintiffs' Motion To Strike Brief in Support of Motion To Dismiss Plaintiff's** (sic) **Class Action Complaint [dkt no. 53]** [#59] filed July 2, 2009, the defendants' response [#62], and the plaintiffs' reply [#78]. Without purporting to resolve the time calculation issue raised in the motion, the motion [#59] is **DENIED**. The defendants' reply [#53] filed June 26, 2009, is accepted for filing.

    The court has reviewed the **Defendants' Motion To Strike Affidavits of Dr. David Logan Orgel** [#91] field October 16, 2009, and the plaintiffs' response [#100]. The motion [#91] is **DENIED**.

    The **Plaintiffs' Motion To File Response To Defendants' Surreply Regarding Class Certification** [#96] filed November 6, 2009, is **DENIED**.

    Dated: March 30, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.