IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY

**Blackburn, J.**

The matter before me is the **Joint Motion To Stay Pending Resolution of Tenth Circuit Proceedings Regarding Class Certification Order** [#179] filed April 15, 2010. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Stay Pending Resolution of Tenth Circuit Proceedings Regarding Class Certification Order** [#179] filed April 15, 2010, is **GRANTED**; and

2. That pending further order, the action is **STAYED**.

Dated April 20, 2010, at Denver, Colorado.

                                                                 **BY THE COURT:**

                                                                  */s/ Bob Blackburn*
                                                                  Robert E. Blackburn
                                                                  United States District Judge