Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on **Plaintiffs' Motion For Leave To File Reply in Support of Plaintiffs' Status Report, Request To Lift Stay, Set New Deadlines For Filing Form of Notice To Class, and To Set Scheduling Conference** [#191] filed June 30, 2010. The motion is **GRANTED**, and **Plaintiffs' Reply in Support of Plaintiffs' Status Report, Request To Lift Stay, Set New Deadlines For Filing Form of Notice To Class, and To Set Scheduling Conference** [#191-2] is accepted for filing. The court notes that pursuant to D.C.COLO.LCivR 7.1.C, a party who files a motion may file a reply in support of the motion within 14 days after service of a response to the motion.

    Dated: June 30, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.