IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

## ORDER LIFTING STAY

**Blackburn, J.**

This matter is before me on the **Plaintiffs' Status Report, Request To Lift the Stay, Set New Deadlines for Filing Form of Notice To Class, and To Set Scheduling Conference** [#187][1] filed June 18, 2010. The defendants filed a response [#190] and the plaintiffs filed reply [#193].

On April 20, 2010, I entered an order [#184] staying this case pending resolution of the defendants' efforts to seek review of my order [#170] certifying a class of plaintiffs in this case. On May 28, 2010, the United States Court of Appeals for the Tenth Circuit denied the defendants permission to appeal my class certification order. There is no

---

[1] "[#187]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

reason to continue the stay of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stay of this case is **LIFTED**, effective immediately;

2. That on or before **July 19, 2010**, the plaintiffs **SHALL FILE** with the court a proposed form of notice to members of the class and a proposal for directing the notice to the members of the class, in compliance with Fed. R. Civ. P. 23(c)(2)(B);

3. That the deadlines for the defendants to file a response to the plaintiffs' notice proposals, and the plaintiffs' reply, **SHALL BE GOVERNED** by D.C.COLO.LCivR 7.1C.;

4. That, based on the defendants' reported agreement to respond to written discovery that was pending at the time this case was stayed within 15 days of the date the stay is lifted, responses to written discovery which was pending at the time the stay was entered shall be due on or before **July 16, 2010**;

5. That the parties **ARE DIRECTED** to contact United States Magistrate Judge Boyd N. Boland to set a scheduling conference in an effort to develop an amended scheduling order in this case.

Dated July 1, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

                                                /s/ Robert E. Blackburn
                                                Robert E. Blackburn
                                                United States District Judge