**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

---

### MINUTE ORDER[1]

---

    The following motions are before the court for preliminary consideration: (1) **Plaintiffs' Motion For a Trial Date** [#227]; and 2) **Defendants' Motion Regarding Submission of Trial Plan and Trial Date, and Request for Hearing** [#228] both filed September 10, 2010. In light of these two motions, the court has concluded that the Trial Preparation Conference and jury trial in this matter should be vacated.

    **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for September 17, 2010, and the jury trial set to commence October 4, 2010, are **VACATED** and are **CONTINUED**, pending further order of court.

    Dated: September 15, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.