IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00656-REB-BNB | Date: October 22, 2010 |
| Courtroom Deputy: Monique Wiles | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| JOSEPHINE GIANZERO, individually and on behalf of others similarly situated and JENNIFER JENSEN, individually and on behalf of all other similarly situated | Frances Koncilja Pamela Market |
| Plaintiff(s), | |
| v. | |
| WAL MART STORES, INC., a Delaware corporation CLAIMS MANAGEMENT, INC, an Arkansas corporation AMERICAN HOME ASSURANCE CO., a New York corporation | Amber Sayle |
| CONCENTRA HEALTH SERVICES, INC., a Nevada corporation; John Does 1-10 whose true names are unknown | Amy Cook-Olson Terence Ridley Michael Alper |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session: 9:02 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiffs' Motion to Compel Depositions of Concentra Health Services Inc. [Doc. No. 233, filed 10/7/2010] is **DENIED** for the reasons stated on the record.

The Court suggests that the parties meet and confer today and in person , in order to resolve the issues presented in court today.

Court in Recess: 10:00 a.m.   Hearing concluded.   Total time in Court: 00:58

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.