IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Joint Motion to Amend Protective Order** [Doc. # 249, filed 2/17/2011] (the "Joint Motion"). Good cause having been shown,

IT IS ORDERED that the Joint Motion [Doc. # 249] is GRANTED. I have entered the Amended Protective Order separately.

Dated February 18, 2011.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge