IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00656-REB-BNB | Date: March 18, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| JOSEPHINE GIANZERO, individually and on behalf of others similarly situated and JENNIFER JENSEN, individually and on behalf of all other similarly situated | Frances Koncilja |
| Plaintiff(s), | |
| v. | |
| WAL MART STORES, INC., a Delaware corporation | Jeannette Brook |
| | Naomi Beer |
| CLAIMS MANAGEMENT, INC, an Arkansas corporation | |
| AMERICAN HOME ASSURANCE CO., a New York corporation | |
| CONCENTRA HEALTH SERVICES, INC., a Nevada corporation; John Does 1-10 whose true names are unknown | Amy Cook-Olson |
| | Terence Ridley |
| Defendant(s). | |

**COURTROOM MINUTES**

HEARING: MOTION

Court in Session:    1:28 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Defendants Wal-Mart Stores, Inc. and Claims Management Inc's motion for protective order and/or quash [Doc. #254; filed 2/23/11] is taken under advisement.**

Court in Recess:     2:26 p.m.      Hearing concluded.  Total time in Court:   00:58

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.