**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter is before the court on **Plaintiffs' Opposed Motion To Strike Defendants' Response Brief Regarding a Trial Date** [#236] filed October 11, 2010. The motion is **DENIED**. On or before April 6, 2011, the plaintiffs may file a response to **Defendants' Motion Regarding Submission of Trial Plan and Trial Date, and Request For Hearing** [#228]. The response shall be limited to seven (7) pages. No further briefing will be permitted.

    Dated: March 24, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.