IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants Wal-Mart Stores, Inc., Claims Management, Inc., and American Home Assurance Company's Motion for Leave to Submit the Attached Declaration of Naomi Beer in Response to Plaintiffs' Memorandum in Opposition to Defendants' Motion Regarding Expert Discovery** [docket no. 282, filed April 21, 2011] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED:  April 22, 2011