IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00656-REB-BNB | Date: April 27, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| JOSEPHINE GIANZERO, <br> individually and on behalf of others <br> similarly situated <br> and JENNIFER JENSEN, <br> individually and on behalf of all other <br> similarly situated <br><br> Plaintiff(s), <br><br> v. <br><br> WAL MART STORES, INC., <br> a Delaware corporation <br> CLAIMS MANAGEMENT, INC, <br> an Arkansas corporation <br> AMERICAN HOME ASSURANCE CO., <br> a New York corporation <br> CONCENTRA HEALTH SERVICES, INC., <br> a Nevada corporation; John Does 1-10 <br> whose true names are unknown <br><br> Defendant(s). | Frances Koncilja <br><br><br><br><br><br><br><br><br><br><br> Amber Sayle <br><br><br><br><br><br><br> Amy Cook-Olson <br> Michael D. Alper <br> Terence Ridley |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:   2:15 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant Concentra Health Services, Inc.'s motion for protective order ( Doc# 272; filed 4/13/11) is TAKEN UNDER ADVISEMENT for reasons stated on the record.**

Court in Recess:  3:08 p.m.            Hearing concluded.  Total time in Court: 00:53

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.