IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Amended Joint Stipulation Regarding Deposition Schedule** [Doc. # 310, filed 5/6/2011] (the "Stipulation").

In an Order [Doc. # 284] entered on April 22, 2011, I required the parties to "submit a deposition schedule establishing the date, time, and location of all remaining depositions to be taken, which will be made an order of the court and which can be modified only by further order of the court." Order [Doc. # 284] at p. 5. The Stipulation was provided consistent with that order. I also ordered that "[i]n the event the parties cannot agree on a deposition schedule, I will set one in my discretion. . . ." Id. Unfortunately, the parties were not able to reach agreement on some of the proposed depositions.

IT IS ORDERED:

The following depositions shall be taken at the date, time, and place noted.  No other depositions are allowed.  This order may be modified only by further order of the court. Agreements of counsel altering this order will not bind or be enforced by the court:

| Deponent | Date | Time | Location |
| --- | --- | --- | --- |
| Brittany Pham | 5/9/2011 | 9:00 a.m. | Addison, TX |
| Carla Skaggs | 5/19/2011 | 9:00 a.m. | Denver, CO |
| Crystal Doty | 5/24/2011 | 9:00 a.m. | Bartlesville, OK |
| Mary O'Connell | 5/25/2011 | 11:00 a.m. | Tulsa, OK |
| David Stills | 5/26/2011 | 8:30 a.m. | Dallas, TX |
| Darrell Quick, MD | 6/2/2011 | 9:00 a.m. | Denver, CO |
| Nicole Petersen | 6/3/2011 | 9:00 a.m. | Colorado Springs,CO |
| Cindy Mueller, RN | 6/8/2011 | 9:00 a.m. | Littleton, CO |
| Becky Quisenberry | 6/10/2011 | 9:00 a.m. | Bentonville, AR |
| Joseph Fortunato, MD | 6/11/2011 | 10:00 a.m. | Tampa, FL |
| Keith Meiers | 6/14/2011 | 9:00 a.m. | Fort Collins, CO |
| Daniel Peterson, MD | 6/29/2011 | 9:00 a.m. | Colorado Springs, CO |
| Leandra Peck | 7/6/2011 | 9:00 a.m. | Bartlesville, OK |
| George Schwender, MD | 4/29/2011 | 10:00 a.m. | Colorado Springs, CO |
| John Sbarbaro | 5/9/2011 | 9:00 a.m. | Denver, CO |
| Robert J. Walling | 5/12/2011 | 9:00 a.m. | Denver, CO |
| Chad Abercrombie, MD | 5/13/2011 | 9:00 a.m. | Denver, CO |
| Michael Kaplan | 5/16/2011 | 7:00 a.m. | Denver, CO |
| Janice Bennett | 6/3/2011 | 1:00 p.m. | Colorado Springs, CO |
| David Orgel, MD | 6/22/2011 | 9:00 a.m. | Denver, CO |
| Wiley Jinkins, MD | 7/8/2011 | 9:00 a.m. | Colorado Springs, CO |

| | | | |
|---|---|---|---|
| Rule 30(b)(6) of Wal-Mart Stores, Inc. | 5/30/2011 | 9:00 a.m. | Denver, CO |
| Rule 30(b)(6) of Concentra Health Services, Inc. | 6/6/2011 | 9:00 a.m. | Denver, CO |
| Rule 30(b)(6) of American Home Assurance Co. | 6/13/2011 | 9:00 a.m. | Denver, CO |
| Bethany Wallace, MD | 6/16/2011 | 9:00 a.m. | At the city of her residence |

Dated May 9, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge