IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


        IT IS ORDERED:


        1.      The **Joint Motion to Modify the Court's Order of May 9, 2011 Regarding
Depositions** [Doc. # 329, filed 5/19/2011] is GRANTED;

        2.      The Rule 30(b)(6) deposition of Wal-Mart Stores shall occur on June 28, 2011, at
9:00 a.m., in Denver, Colorado; and

        3.      The deposition of Dr. Bethany Wallace shall occur on June 30, 2011, at 9:00 a.m.,
in Colorado Springs, Colorado.


DATED:  May 24, 2011