**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

## ORDER DIRECTING NOTICE TO CLASS

**Blackburn, J.**

    This matter is before me for consideration of the parties' proposed forms of notice to class members. Those proposed forms of notice are included with the parties' filings docketed as [#197][1], [#207], [#208], and [#209]. Having reviewed the parties' submissions and considered their respective arguments, I approve the form of notice appended hereto as Exhibit A, the opt-out form appended hereto as Exhibit B, the publication notice appended hereto as Exhibit C, and the posting notice appended hereto as Exhibit D. In addition, I provide instructions to the parties as to how notice is to be directed to the class members.

---

    [1] "[#197]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Class Action**, appended hereto as Exhibit A, is **APPROVED** for mailing to putative class members in this action;

2. That the **Request for Exclusion from Class Action**, appended hereto as Exhibit B, is **APPROVED** for mailing, along with the **Notice of Class Action**, to putative class members in this action;

3. That the **Publication Notice of Class Action**, appended hereto as Exhibit C, is **APPROVED** for publication as directed in this order;

4. That the **Posted Notice of Class Action**, appended hereto as Exhibit D, is **APPROVED** for posting at Wal-Mart work sites in Colorado, as directed in this order;

5. That before mailing, publishing, or posting the **Notice of Class Action**, the **Request for Exclusion from Class Action**, the **Publication Notice of Class Action**, and the **Posted Notice of Class Action**, the plaintiffs **SHALL INCLUDE** in each of these documents complete information, such as names, addresses, phone numbers, and website addresses, where the court has indicated the need for such information with the designations "**INSERT #1:** through **INSERT #11:**";

6. That by no later than close of business on **Friday, July 1, 2011**, the parties **SHALL FILE** jointly a list of agreed names and mailing addresses of putative class members to receive notice by mail of this class action;

7. That plaintiffs **SHALL MAIL** via first class mail the **Notice of Class Action** and **Request for Exclusion from Class Action** to the class members thus identified by no later than **Monday, July 11, 2011**, and provide verification of same to the court by no later than **Friday, July 15, 2011**;

8. That no later than **Monday, July 18, 2011**, the plaintiffs **SHALL PUBLISH** the **Publication Notice of Class Action** once in the Denver Post, the Colorado Springs Gazette Telegraph, and other newspapers in the state of Colorado in order to ensure publication of the notice in a variety of newspapers throughout the State of Colorado;

9. That no later than **Monday, July 18, 2011**, the plaintiffs shall provide to defendant Wal-Mart Stores, Inc., copies of the **Posted Notice of Class Action** in sufficient number to permit the posting as specified below of the **Posted Notice of Class Action** at all Wal-Mart work sites in Colorado;

10. That the plaintiffs shall provide to defendant Wal-Mart Stores, Inc., copies of the **Posted Notice of Class Action** in both English and Spanish;

11. That no later than **Monday, July 25, 2011**, defendant Wal-Mart Stores, Inc., shall post a copy of the **Posted Notice of Class Action** in both English and Spanish at any and all Wal-Mart work sites in the State of Colorado at which Wal-Mart is required to post a notice concerning workers' compensation benefits under §8-43-102(1)(b), C.R.S.;

12. That the **Posted Notice of Class Action** shall remain posted at each such work site until **Monday, August 29, 2011**;

13. That the plaintiffs shall bear the cost of the production, duplication, mailing, and publication of the **Notice of Class Action, Request for Exclusion from Class Action**, **Publication Notice of Class Action**, and **Posted Notice of Class Action**.

Dated June 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge