IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order With Respect to New and Expanded 30(b)(6) Deposition Topics** [Doc. # 402, filed 6/24/2011] is DENIED for failure meaningfully to confer pursuant to D.C.COLO.LCivR 7.2A. See Hoelzel v. First Select Corp., 214 F.R.D. 634 (D. Colo. 2003).

DATED:  June 27, 2011