**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION
REGARDING CLASS NOTICE**

---

**Blackburn, J.**

The matter before me is **Defendants' Emergency Motion Regarding Class Notice** [#407][1] filed July 5, 2011. Given the exigency of the impending deadline to which the motion pertains, I exercise my discretion pursuant to the Local Rules of this District to rule on the motion without benefit of a response. **D.C.COLO.LCivR** 7.1C. ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."). I grant the motion.

Defendants request that the Request for Exclusion to be mailed with the class notice on July 11, 2011, include a postage prepaid, pre-addressed return label, at

---

[1] "[#407]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

defendants' expense.  My prior silence on the issue in my **Order Directing Notice to Class** [#379], filed June 9, 2011, was inadvertent rather than intentional, and, thus, no indication of my position on this discrete issue.  Defendants' proposal is eminently reasonable.  Plaintiffs' objections are imponderous and without merit.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Defendants' Emergency Motion Regarding Class Notice** [#407] filed July 5, 2011, is **GRANTED**; and

2.  That the Request for Exclusion to be included in the notice to the class contemplated by my **Order Directing Notice to Class** [#379], filed June 9, 2011, **SHALL INCLUDE** a postage prepaid and pre-addressed return label, all costs and expenses of which **SHALL BE** paid by defendants.

Dated July 8, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge