IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Joint Motion to Permit Two Expert Depositions to Occur After the Close of Discovery** [docket no. 422, filed July 15, 2011] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the two depositions as outlined in the Motion may occur after the close of the discovery cut-off, but on or before August 5, 2011.

DATED:  July 15, 2011