IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Motion to Amend Protective Order** [Doc. # 428, filed 7/26/2011] (the "Motion"). The Motion is agreed to by all parties except Concentra Health Services, Inc., which takes no position. Good cause having been shown,

IT IS ORDERED that the Motion [Doc. # 428] is GRANTED. I have entered the Second Amended Protective Order separately.

Dated August 4, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge