IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Robert E. Blackburn, Judge**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

## ORDER CONCERNING JOINT NOTICE AND STATUS REPORT [#456]

**Blackburn, J.**

    This matter is before the court on the **Joint Notice and Status Report** [#456 - filed under seal][1] filed September 22, 2011. Based on the representations of the parties in the notice, I vacate certain deadlines in this case, as specified below.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That all pending pre-trial deadlines in this case are **VACATED**, including the following deadlines:

    a) Plaintiffs' Response to Wal-Mart, CMI, and AHAC's Motion for Summary Judgment Based on Exclusivity of Remedy Provided by Colorado Workers' Compensation Act and Request for Hearing, due Monday, September 26, 2011;

---

[1] "[#456]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

b) Plaintiffs' Response to Wal-Mart, CMI, and AHAC's Motion for Partial Summary Judgment, due Monday, September 26, 2011;

c) Plaintiffs' Response to Concentra's Motion for Summary Judgment, due Monday, September 26, 2011;

d) Plaintiffs' Response to Concentra's Motion to Decertify Class, due Monday, September 26, 2011;

e) Submission of the Pretrial Order on Monday, September 26, 2011; and

f) Plaintiffs' Response to Wal-Mart's Motion to Decertify Class, due Monday, October 3, 2011; and

g) Pretrial Conference, set for October 3, 2011; and

2. That pending further developments, the trial preparation conference set for November 18, 2011, at 1:30 p.m., the bench trial set to begin on Tuesday, November 29, 2011, the additional trial preparation conference currently set for January 4, 2012, at 1:30 p.m., and the jury trial set to begin on January 9, 2012, **SHALL REMAIN SET** on the court's calendar.

Dated September 23, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge