IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WAL-MART STORES, INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the proposed settlement of the case,

IT IS ORDERED that the following motions are DENIED without prejudice, to be renewed if necessary if the settlement is not approved:

(1)     **Plaintiffs' Motion to Reconsider Portions of Court's July 11, 2011 Order** [Doc. # 425, filed 7/25/2011]; and

(2)     **Plaintiffs' Motion to Compel Concentra** [Doc. # 437, filed 8/19/2011].


DATED:  January 25, 2012