**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The following matters are before the court for consideration: (1) **Plaintiffs' Unopposed Motion To Exceed Page Limit For Plaintiffs' Motion For Final Approval of The Proposed Class Action Settlement** [#477][2] ; and (2) **Plaintiffs' Unopposed Motion To Exceed Page Limit For Plaintiffs' Unopposed Motion For Award of Attorneys' Fees, Reimbursement of Expenses, and For Payment of Incentive Awards To The Class Representatives** [#478] both filed March 9, 2012. After reviewing the motions and the file, the court has concluded that the motions should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That **Plaintiffs' Unopposed Motion To Exceed Page Limit For Plaintiffs' Motion For Final Approval of The Proposed Class Action Settlement** [#477] filed March 9, 2012, is **GRANTED**;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#477]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  2.  That **Plaintiffs' Motion For Final Approval of The Proposed Class Action Settlement** [#477-1] is accepted for filing;

  3.  That **Plaintiffs' Unopposed Motion To Exceed Page Limit For Plaintiffs' Unopposed Motion For Award of Attorneys' Fees, Reimbursement of Expenses, and For Payment of Incentive Awards To The Class Representatives** [#478] filed March 9, 2012, is **GRANTED**; and

  4.  That **Plaintiffs' Unopposed Motion For Award of Attorneys' Fees, Reimbursement of Expenses, and For Payment of Incentive Awards To The Class Representatives** [#478-1] is accepted for filing.

  Dated:  March 12, 2012