**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiffs' Unopposed Motion For Class Member Patrice Matthes To Participate in March 23, 2012 Settlement Fairness Hearing By Telephone** [#485][2] filed March 14, 2012. After reviewing the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiffs' Unopposed Motion For Class Member Patrice Matthes To Participate in March 23, 2012 Settlement Fairness Hearing By Telephone** [#485] filed March 14, 2012, is **GRANTED**;

    2. That Patrice Matthes **SHALL** participate in the Settlement Fairness Hearing by telephone; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#485]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

       3.  That Ms. Matthes shall contact the chambers of the Honorable Robert E. Blackburn at (303) 335-2350, at the designated time of the hearing, 9:00 a.m., M.D.T., on March 23, 2012, in order to participate in this hearing.

       Dated:  March 15, 2012