**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00656-REB-BNB

JOSEPHINE GIANZERO, and
JENNIFER JENSEN, individually and on behalf of all others similarly situated,

     Plaintiffs,

vs.

WAL-MART STORES INC., a Delaware corporation,
CLAIMS MANAGEMENT, INC., an Arkansas corporation,
AMERICAN HOME ASSURANCE CO., a New York corporation,
CONCENTRA HEALTH SERVICES, INC., a Nevada corporation, and
JOHN DOES 1-10, whose true names are unknown,

     Defendants.

---

**MINUTE ORDER**[1]

---

     This matter is before the court on the **Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Class Action Settlement** [#464] filed November 21, 2011. On November 22, 2011, I entered an **Order Preliminarily Approving Settlement and Setting Final Fairness Hearing** [#467]. Effectively, that order [#467] granted the plaintiffs' motion [#464]. However, the plaintiff's motion [#464] remains pending on the court's docket. On the terms stated in my order [#467], the **Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Class Action Settlement** [#464] filed November 21, 2011, is **GRANTED**.

     Dated: March 23, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.